# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD D. MYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:15CV3 |
| | ) | |
| V. | ) | |
| | ) | |
| **STEVE ANDERSON,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Motion for Examination of Judgment Debtor (filing 3). On September 5, 2014, Plaintiff recovered a default judgment against Defendant in the United States Bankruptcy Court for the District of Nebraska in the amount of $2,000. The judgment was registered with this Court on September 22, 2014. (Filing 1.) Plaintiff represents that the judgment remains unsatisfied. Plaintiff's motion requests that the Court compel Defendant to appear and answer questions concerning his property subject to execution. Plaintiff's motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion for Examination of Judgment Debtor (filing 3) is granted.

2. Defendant shall appear before the undersigned to testify on Friday, April 10, 2015, at 9:30 a.m., in Courtroom 6, Roman L. Hruska Courthouse, 111 So. 18th Plaza, Omaha, Nebraska, 68102.

3. Plaintiff's counsel shall serve a copy of this Order on Defendant, in accordance with the Federal Rules of Civil Procedure, and thereafter file a certificate of service with the Court.

DATED February 27, 2015.

                                          BY THE COURT:

                                          S/ F.A. Gossett
                                          United States Magistrate Judge